# RECONSIDERATION OF PRIOR DECISIONS

**2005–2364.   State v. Perez.**
Clark C.P. No. 03–CR–1010. Reported at 124 Ohio St.3d 122, 2009-Ohio-6179, 920 N.E.2d 104. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2006–0294 and 2006–0298.   State v. Crager.**
Marion App. No. 9-04-54. Reported at 123 Ohio St.3d 1210, 2009-Ohio-4760, 914 N.E.2d 1055. On motion for reconsideration and supplemental briefs. Motion for reconsideration denied. The order issued on September 17, 2009 is reaffirmed.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

ROGER L. KLINE, J., of the Fourth Appellate District, sitting for CUPP, J.